Mr. *T. Pope Shepherd* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 891. UNITED STATES EX REL. JACOB MARKIN *v.* HENRY H. CURRAN, UNITED STATES COMMISSIONER, ETC. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Hill* and *Henry L. Fitzhugh* for petitioner. *Mr. John P. Woods* for respondent.

---

No. 893. MATT COLLINS *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James D. Simms* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

---

No. 895. CORNELL STEAMBOAT COMPANY *v.* GEORGE SLAYNE ET AL. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John M. Woolsey* and *Robert S. Erskine* for petitioner. *Mr. Chauncey I. Clark* for respondents.

---

No. 896. CORNELL STEAMBOAT COMPANY *v.* LONG ISLAND RAILROAD COMPANY. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John M. Woolsey* and *Robert S. Erskine* for petitioner. No appearance for respondent.

---

No. 897. CHRISTIE-MYERS FEED COMPANY *v.* CLEVELAND GRAIN & MILLING COMPANY. March 8, 1926. Peti-